UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:09-61984-CIV-COHEN-SELTZER

JOHN MANCUSO , on behalf of himself
and all others similarly situated,

      Plaintiff,

vs.

FLORIDA METROPOLITAN UNIVERSITY, INC.,
EVEREST UNIVERSITY, and CORINTHIAN
COLLEGES, INC.

      Defendants.

_____/

## ORDER GRANTING MOTION TO QUASH/FOR PROTECTIVE ORDER CONCERNING SUBPOENAS *DUCES TECUM* ISSUED ON MARCH 18, 2010

THIS CAUSE came before the Court on Plaintiff's Motion To Quash/For Protective Order

Concerning Subpoenas *Duces Tecum* Issued on March 18, 2010 (the  "Motion"), and the Court,

having the reviewed the Motion, and being otherwise fully and duly advised in the premises,

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. Defendants' Subpoenas

Duces Tecum are hereby quashed.  Defendants shall notify the recipients of the subpoenas *duces*

*tecum* that the subpoenas are quashed.  If Defendants have already received any of the documents

pursuant to the initial subpoenas *duces tecum,* Defendants shall not be permitted to inspect those

documents.  Defendants may issue new subpoenas *duces tecum* by eliminating the following from

the initial subpoenas:

1.      Defendants shall strike the definitions set forth in Schedule "A" to Subpoena (A) (ii), (iii), (ix), and (xi), and item 2 of the "Documents Requested" from the AT&T subpoena *duces tecum;*

2.      Defendants shall strike items 1, 4, 6, 7 and 9 under the "Documents Requested" and the definitions set forth in Schedule "A" to Subpoena (A) (ii), (iii), (v), (vii), (viii), (ix), and (xi) from the MySpace, Inc. subpoena *duces tecum;*

3.        Defendants shall strike items 1, 2, and 8 under the "Documents Requested" and the definitions set forth in Schedule "A" to Subpoena (A) (ii), (iii), (vii), (viii), (ix), and (xi) from the Facebook, Inc. subpoena *duces tecum*;

4.        Defendants shall strike the definitions contained in Schedule "A" to Subpoena (A) (i), (ii), (iii), (vi), (vii), (ix), and (xi) from the Bank of America subpoena *duces tecum*.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

_____ day of March, 2010.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of record